THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAROLD SHAWGNESSY SIMS**                                                         **PLAINTIFF**

v.                        Case No. 4:18-cv-00877-KGB

**M. BALLARD, Night Shift, Craighead County Detention Center**        **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Harold Shawgnessy Sims' complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 23rd day of January, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge